# United States District Court
# District of Massachusetts

VERMONT MUTUAL
    INSURANCE COMPANY,
        Plaintiff,

V.                     CIVIL ACTION NO. 11–11869-NMG

ANDREW ZAMSKY,
RENATA IVNISTKAYA,
MASSACHUSETTS PROPERTY
    INSURANCE UNDERWRITING
    ASSOCIATION,
SCOTTSDALE INSURANCE COMPANY,
        Defendants.

*REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (#26),
DEFENDANT SCOTTSDALE INSURANCE
COMPANY'S MOTION FOR SUMMARY
JUDGMENT, ETC. (#34) AND DEFENDANT,
MASSACHUSETTS PROPERTY INSURANCE
UNDERWRITING ASSOCIATION'S
<u>MOTION FOR SUMMARY JUDGMENT</u>*

After consideration of plaintiff's objections (Docket No. 69) and joint objections of defendants (Docket No. 70) thereto, Report and Recommendation is accepted and adopted. /s/ NMGorton, USDJ 1/11/13