# United States District Court
# District of Massachusetts

VERMONT MUTUAL
    INSURANCE COMPANY,
        Plaintiff,

v.                               CIVIL ACTION NO. 11-11869-NMG

ANDREW ZAMSKY,
RENATA IVNITSKAYA,
MASSACHUSETTS PROPERTY
    INSURANCE UNDERWRITING
    ASSOCIATION,
SCOTTSDALE INSURANCE COMPANY,
        Defendants.

## REPORT AND RECOMMENDATION ON THE CROSS-MOTION OF RENATA IVNITSKAYA FOR SUMMARY JUDGMENT (#45) AND CROSS-MOTION [OF ANDREW ZAMSKY] FOR SUMMARY JUDGMENT (#55)

COLLINGS, U.S.M.J.

    For the reasons stated in the Report and Recommendation, Etc. (#64)

After consideration of joint objections of defendants (Docket No. 80) and plaintiff's objections (Docket No. 81) thereto, Report and Recommendation is accepted and adopted. /s/ NMGorton, USDJ 1/11/13